October 15, 2010

**FILED**
10-29-2010
OCT 29 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To whom it may concern:

This correspondence is being forwarded at the request of Mr. Carey Portman, #21432-424 from an email received by me.

Mr. Portman is my brother and currently at MDC Brooklyn.

His concerns are stated in the enclosed email.

04 CR 64
04 CR 64

Thank you for your prompt attention to this matter.

Sincerely,

*[signature]*

Elise Portman

10701 NW 14th Street, Unit 262

Plantation, Florida 33322

954-452-3079 home

e_portman@bellsouth.net

Violation of Protected Liberties Act

October 08, 2010

Charles Willoughby-Inspector General of the United States
Eric Holder-Attorney General
Vice Admiral Bruce E. McDonald -Judge Advocate General
The Honorable Blanch Manning-Senior District Court Judge
The Honorable Judge Gettleman-Senior District Court Judge
The Honorable Judge Kagan-Chief Judge
Harley Lappin-Director of Bureau of Prisons
Barbara Cadigan-Regional Director
Warden Turrell-MDC Brooklyn

RE: Violation of the Protected Liberties Act at MDC Brooklyn

To All above named parties:

I am sending this letter to document the following violations of Federal laws and and Bureau of Prison "BOP" policies that have endangered my life while being incarcerated at MDC Brooklyn. To date numerous complaints have been file for the lack of medical care for serious medical diseases that I have as well as significant religious violations of my 1st Amendment rights.

However the new issues are even more significant as they have endangered my life intentionally by the actions as described herein.

I was moved for religious reasons to celebrate the Jewish holiday of Succoth from unit 83 (new building) to unit 61(new side)with approximately 15 other Jewish inmates. We were supposed to be moved onto the 8th floor where a Succah was located to celebrate this Jewish holiday. Unfortunately there became extenuating circumstances that prevailed and prohibited us from celebrating the holiday of Succos pursuant to our 1st Amendment rights. However we as a Jewish community were allowed to pray in a minyan (10 persons) for the first time as we were denied our rights as Jews to pray within a community like the Catholic religion and Muslim religion. These acts were once again deliberate to prevent the Jewish community from praying with the same rights as the other religions at MDC Brooklyn.

However once the holiday was over, the unit team in 61 unit decided to transfer me to the old building in 2N over the objections of the medical department due to my serious medical conditions that needed special medications to be dispensed on a timely basis. This transfer directly affected my current health condition by making my disease chronic with extreme pain and disabling me by being mostly bed ridden.

While in 2N, on October 07, 2010 we as a unit were moved to 6 North EA. This unit was filthy, unlivable with no ventilation. We were suppose to change units with 6 South AB where a women's unit was to change with 2N where we were

originally located. All parties concerned including our Unit team were aware that this unit was unlivable. I am a chronic medical patient suffered with severe heat because of no vent alation as well as not receiving my necessary medications on a timely basis. The medical department once again raised serious concerns about me being subjected to said conditions but nothing was done to protect my health and well being.

These unlivable conditions were further witnessed by Warden Turrell during a main line on October 08, 2010. At the writing of this letter some 40 hours later there was still no ventilation or correction of issues that were reported upon are arrival. there was 1) there was no hot water machine, 2) there was no connection for clothes washer and dryer, 3) there was no outlet for microwave, 4) there were no cleaning supplies or gloves, 5) there were wrong size mattresses provided that was an endangerment to inmates for safety issues, 6)the drains were clogged in sinks for utility room, there were no table and chairs provided, 7) there were no lights in recreation area, there was no ventilation or moving area as required by Federal law, there was no working telephone in the correctional officer's office, and 8) the floors storage cabinets and ceiling were filthy with stains of blood, rust and dirt.

It was confirmed that no inspection was done by facilities or medical prior to our moving into this unlivable unit. My concerns however are even more urgent due to medical circumstances that now prevent me from getting my medications on a timely basis as ordered by BOP doctors. In fact several doctors and physician assistants have recommended that I should have never been transferred to the old building that was contra indicated for my health condition.

There is a much larger issue, however of violations of my 1st Amendment rights that took place by the Unit Team in 61 New Building. there was an act of retaliation that caused me to be moved from the Jewish community because I exercised my right in filing administrative remedies to report violations of my 1st Amendment rights. the Unit team retaliated by transferring me to a unit that was hazardous to my health condition to deliberately harm me and to prevent me from worshipping with the Jewish community in a minyan. these acts were unlawful and well as improper due to the intent of the Unit Team to harm me in the manner which was described above.

All Federal inmates have the right to administrative remedies without being targeted for retaliation by the unit team that is processing lawful documents that have been mandated by the BOP and Federal laws. I have now been waiting for transfer to FCI Miami for close to three months where during my time at MDC Brooklyn i have been transferred over 6 times for no apparent reason other than retaliation for filing administrative remedies.

I would appreciate if all parties concerned would start a formal investigation into the unlawful and deliberate acts by parties at MDC Brooklyn as stated above. Please consider this filing as a formal administrative remedy and report to all agencies due to the significant criminal issues that need your immediate undivided attention.

I would appreciate a written response from all parties acknowledging the receipt of this letter as it will be tendered to various United States District Courts for pending cases against the Bureau of Prisons presently.

Respectfully submitted,
/s/
Carey Portman #21432-424
MDC Brooklyn
P.O. Box 329000
Brooklyn, NY 11232



Elise L. Portman
10701 NW 14th St. Apt. 262
Fort Lauderdale, FL 33322-0965



FT LAUDERDALE
FL 333
25 OCT 2010 PM 2 L

RECEIVED
OCT 29 2010 TG
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The Honorable Judge Blanche M. Manning
US District Courthouse - Northern Dist. of Illinois
219 S. Dearborn St.
Chicago Illinois 60604